UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-CV-23864-SCOLA/TORRES

| | |
|---|---|
| INSIGHT SECURITIES, INC., a Delaware corporation and INTELLIGENICS, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DEUTSCHE BANK TRUST COMPANY AMERICAS, a New York corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint (D.E. \_\_\_\_) ("the Motion"), and the Court having reviewed the motion, the record, and being otherwise duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is **GRANTED**. Defendant shall file its response to Plaintiffs' Amended Complaint by November 6, 2020.

DONE AND ORDERED in Chambers at Miami, Florida this \_\_\_ day of _____, 2020.

_____
ROBERT N. SCOLA, JR.
U.S. DISTRICT JUDGE

Copies provided to:
Counsel of record